

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00141-CV

Christopher **MANGO**, Kevin Warren Shannon, Marie Lopes, and All Occupants,
Appellant

v.

Jan **JARZABEK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00731
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The Appellee's Motion to Withdraw Counsel is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.



_____
Michael A. Cruz,
Clerk of Court